■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YVETTE MORALES, Appellant. [597 NYS2d 592] —Judgment, Supreme Court, Bronx County (John Byrne, J.), rendered January 8, 1991, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Carro, J. P., Wallach, Asch and Rubin, JJ.

■ In the Matter of ADAM WRIGHT, Admitted as ADAM MORGAN WRIGHT, a Disbarred Attorney. [597 NYS2d 591] —Application for reinstatement granted to the extent of referring the matter to the Departmental Disciplinary Committee for the First Judicial Department for a hearing as indicated. No opinion. Concur—Sullivan, J. P., Milonas, Rosenberger, Ross and Kassal, JJ.

■ In the Matter of RAYMOND MIRRER, a Disbarred Attorney. [597 NYS2d 591] —Petitioner's motion for reinstatement denied, and respondent's cross-motion for an order confirming the Hearing Panel's Report denying petitioner's application for reinstatement as an attorney and counselor-at-law is granted. No opinion. Concur—Sullivan, J. P., Carro, Milonas, Ross and Asch, JJ.